# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tracts:  RGV-RGC-2005, RGV-RGC-2005-1, RGV-RGC-2006, RGV-RGC-2042
Owner:  Sylvia G. Salinas, *et al.*
Total Acreage:  7.731

## Tract #1: RGV-RGC-2005

**Being** a 1.970 acre (85,806 square feet) parcel of land, more or less, being out of the Francisco Guerra Survey, Abstract No. 330, Porcion 66, Starr County, Texas, being out of a called 55.62 acre tract conveyed to Sylvia G. Salinas (1/7), Maria Dolores G. Saenz (1/7), Rosa Maria Guerra (1/7), Manuel S. Guerra (1/7), Ruben Roberto Guerra (1/7), Deborah Ann G. Perez Lugo and Elizabeth G. Garcia (1/7), Ana G. Munoz and Joel A. Guerra, III (1/7) by Distribution Deed recorded in Volume 1329, Page 222, Official Records of Starr County, Texas ("Parcel #1: Tract P"), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-2005 2005-1 2046-1 2047-1 2048-1", said point being at a northerly interior corner of the 55.62 acre tract and the southwest corner of a called 8.02 acre tract conveyed to Marilu Molina, Dina Scott, Iliana Molina and Myrna Elena Rodriguez by Partition Deed recorded in Instrument No. 2019-348299, Official Records of Starr County, Texas (Parcel "O"-6A), said point having the coordinates of N=16680540.481, E=786819.582;

**Thence:** S 80-45-00 E (S 80-45-00 E, Record), with the north line of the 55.62 acre tract and the south line of Parcel "O"-6A, for a distance of 278.16' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2048-1-1=2005-1" for the **Place of Beginning** and northwest corner of Tract RGV-RGC-2005, said point being in the north line of the 55.62 acre tract and the south line of Parcel "O"-6A, said point having the coordinates of N=16680495.769, E=787094.122;

**Thence:** S 80-45-00 E (S 80-45-00 E, Record), continuing with the north line of the 55.62 acre tract and the south line of Parcel "O"-6A, for a distance of 284.95' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2048-1-4=2005-2" for the northeast corner of Tract RGV-RGC-2005, said point being in the north line of the 55.62 acre tract and the south line of Parcel "O"-6A, said point bears S 84-41-12 W, a distance of 1332.15' from United States Army Corps of Engineers Control Point No. 138;

## SCHEDULE C (Cont.)

**Thence:** S 36-10-21 E, departing the south line of Parcel "O"-6A, over and across the 55.62 acre tract, for a distance of 445.84' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2005-3=2006-4" for the southeast corner of Tract RGV-RGC-2005, said point being in the south line of the 55.62 acre tract and the north line of a called 52.54 acre tract conveyed to Manuel S. Guerra (1/7), Maria Dolores Guerra Saenz (1/7), Elva Sylvia Guerra Salinas (1/7), Ruben Roberto Guerra (1/7), Rosa Maria Guerra Guerra (1/7), Debra Ann Garcia Perez (1/7), Elizabeth Diane Garcia (1/7), Anna Guerra Munoz (1/7) and Joel A. Guerra (1/7) by Deed of Gift recorded in Volume 852, Page 110, Official Records of Starr County, Texas;

**Thence:** N 76-22-55 W (S 76-31-00 E, Record), with the south line of the 55.62 acre tract and the north line of the 52.54 acre tract, for a distance of 309.80' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2005-4=2006-3" for the southwest corner of Tract RGV-RGC-2005, said point being in the south line of the 55.62 acre tract and the north line of the 52.54 acre tract;

**Thence:** N 36-10-21 W, departing the north line of the 52.54 acre tract, over and across the 55.62 acre tract, for a distance of 412.22' to the **Place of Beginning.**

## Tract #2: RGV-RGC-2005-1

**Being** a 1.228 acre (53,504 square feet) parcel of land, more or less, being out of the Francisco Guerra Survey, Abstract No. 330, Porcion 66, Starr County, Texas and being out of a called 55.62 acre tract conveyed to Sylvia G. Salinas (1/7), Maria Dolores G. Saenz (1/7), Rosa Maria Guerra (1/7), Manuel S. Guerra (1/7), Ruben Roberto Guerra (1/7), Deborah Ann G. Perez Lugo and Elizabeth G. Garcia (1/7) and Ana G. Munoz and Joel A. Guerra, III (1/7) by Distribution Deed recorded in Volume 1329, Page 222, Official Records of Starr County, Texas ("Parcel #1: Tract P"), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: " POC RGV-RGC-2005 2005-1 2046-1 2047-1 2048-1", said point being at an interior corner of the 55.62 acre tract and the southwest corner of a called 8.02 acre tract conveyed to Marilu Molina, Dina Scott, Iliana Molina and Myrna Elena Rodriguez by Partition Deed recorded in Instrument No. 2019-348299, Official Records of Starr County, Texas (Parcel "O"-6A), said point having the coordinates of N=16680540.481, E=786819.582;

**Thence:** N 09-15-00 E (S 09-15-00 W, Record), with the east line of the 55.62 acre tract and the west line of Parcel "O"-6A, passing at 250.71' the northwest corner of Parcel "O"-6A and the southwest corner of a called 8.02 acre tract conveyed to Eliza Nelly Molina, Rodolfo R. Molina Jr. and Jose Trinidad by Partition Deed recorded in Instrument No. 2019-348298, Official Records of Starr County, Texas (Parcel "O"-5A), continuing for a total distance of 274.08' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2005-1-1" for the **Place of Beginning** and south corner of Tract RGV-RGC-2005-1, said point being in the east line of the 55.62 acre tract and the west line of Parcel "O"-5A, said point having the coordinates of N=16680811.001, E=786863.639;

**Thence:** N 36-10-21 W, departing the west line of Parcel "O"-5A, over and across the 55.62 acre tract, for a distance of 462.64' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2005-1-2=2048-1" for the northwest corner of Tract RGV-RGC-2005-1, said point being in the south line of a called 10.28 acre tract conveyed to Marilu Molina, Dina Scott, Iliana Molina and Myrna Elena Rodriguez by

## SCHEDULE C (Cont.)

Partition Deed recorded in Instrument No. 2019-348299, Official Records of Starr County, Texas (Parcel "O"-6) and the north line of the 55.62 acre tract;

**Thence:** S 80-45-00 E (S 80-45-00 E, Record), with the north line of the 55.62 acre tract and the south line of Parcel "O"-6, for a distance of 329.54' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2005-1-3" for the northeast corner of Tract RGV-RGC-2005-1, said point being at the north corner of the 55.62 acre tract and the southeast corner of Parcel "O"-6, said point being in the west line of a called 8.02 acre tract conveyed to Yolanda M. Belmontes by Partition Deed recorded in Instrument No. 2019-348297, Official Records of Starr County, Texas (Parcel "O"-4A), said point bears N 72-38-40 W, a distance of 1871.15' from United States Army Corps of Engineers Control Point No. 138;

**Thence:** S 09-15-00 W (S 09-15-00 W, Record), with the east line of the 55.62 acre tract and the west line of Parcel "O"-4A, passing at 97.39' the southwest corner of Parcel "O"-4A and the northwest corner of Parcel "O"-5A, continuing for a total distance of 324.72' to the **Place of Beginning.**

### Tract #3: RGV-RGC-2006

**Being** a 4.214 acre (183,546 square feet) parcel of land, more or less, being out of the Francisco Guerra Survey, Abstract No. 330, Porción 66, Starr County, Texas, being out of a called 52.54 acre tract conveyed to Manuel S. Guerra, Maria Dolores Guerra Saenz , Elva Sylvia Guerra Salinas, Ruben Roberto Guerra, Rosa Maria Guerra Guerra, Debra Ann Garcia Perez, Elizabeth Diane Garcia, Anna Guerra Munoz and Joel A. Guerra by Deed of Gift recorded in Volume 852, Page 110, Official Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-2006 2007 2042", said point being at the northerly interior corner of a called 209.79 acre tract conveyed to Bill Thomason and Rosa Thomason by Warranty Deed with Vendor's Lien recorded in Instrument No. 2018-343840, Official Records of Starr County, Texas ("Tract II") and a southerly exterior corner of a called 23.0456 acre tract conveyed to Manuel S. Guerra, Maria Dolores Guerra Saenz, Elva Sylvia Guerra Salinas, Ruben Roberto Guerra, Rosa Maria Guerra Guerra, Debra Ann Garcia Perez, Elizabeth Diane Garcia, Anna Guerra Munoz and Joel A. Guerra by Deed of Gift recorded in Volume 852, Page 107, Official Records of Starr County, Texas ("First Tract"), said point having the coordinates of N=16679412.853, E=788581.786;

**Thence:** S 80-45-00 W (S 80-00-00 W, Record), with the south line of the 23.0456 acre tract and the north line of the 209.79 acre tract, for a distance of 559.00' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2006-1=2042-2" for the **Place of Beginning** and southerly corner of Tract RGV-RGC-2006, said point being at the southeast corner of the 52.54 acre tract and the southwest corner of the 23.0456 acre tract, said point being in the north line the 209.79 acre tract, said point having the coordinates of N=16679322.998, E=788030.055;

**Thence:** S 80-45-00 W (S 80-00-00 W, Record), with the south line of the 52.54 acre tract and the north line of the 209.79 acre tract, for a distance of 71.03' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-

## SCHEDULE C (Cont.)

RGC-2006-2=2007-8" for the south corner of Tract RGV-RGC 2006, said point being in the south line of the 52.54 acre tract and the north line of the 209.79 acre tract;

**Thence:** N 36-10-21 W, departing the north line of the 209.79 acre tract, over and across the 52.54 acre tract, for a distance of 1054.73' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2005-4=2006-3" for the northwest corner of Tract RGV-RGC 2006, said point being in the north line of the 52.54 acre tract and the south line of a called 55.62 acre tract conveyed to Sylvia G. Salinas (1/7), Maria Dolores G. Saenz (1/7), Rosa Maria Guerra (1/7), Manuel S. Guerra (1/7), Ruben Roberto Guerra (1/7), Deborah Ann G. Perez Lugo and Elizabeth G. Garcia (1/7) and Ana G. Munoz and Joel A. Guerra, III (1/7) by Distribution Deed recorded in Volume 1329, Page 222, Official Records of Starr County, Texas ("Parcel #1: Tract P");

**Thence:** S 76-22-55 E (S 76-31-00 E, Record), with the north line of the 52.54 acre tract and the south line of the 55.62 acre tract, for a distance of 309.80' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2005-3=2006-4" for the northeast corner of Tract RGV-RGC 2006, said point being in the north line of the 52.54 acre tract and the south line of the 55.62 acre tract, said point bears S 65-33-29 W, a distance of 1167.95' from United States Army Corps of Engineers Control Point No. 138;

**Thence:** S 36-10-21 E, departing the south line of the 55.62 acre tract, over and across the 52.54 acre tract, for a distance of 716.32' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2006-5=2042-3" for a southerly east corner of Tract RGV-RGC-2006, said point being in the east line of the 52.54 acre tract and the west line of the 23.0456 acre tract;

**Thence:** S 09-23-44 W (S 09-15-00 W, Record), with the east line of the 52.54 acre tract and the west line of the 23.0456 acre tract, for a distance of 191.39' to the **Place of Beginning.**

## SCHEDULE C (Cont.)

### Tract #4: RGV-RGC-2042

**Being** a 0.319 of one acre (13,898 square feet) parcel of land, more or less, being out of the Francisco Guerra Survey, Abstract No. 330, Porción 66, Starr County, Texas, being out of a called 23.0456 acre tract conveyed to Manuel S. Guerra, Maria Dolores Guerra Saenz, Elva Sylvia Guerra Salinas, Ruben Roberto Guerra, Rosa Maria Guerra Guerra, Debra Ann Garcia Perez, Elizabeth Diane Garcia, Anna Guerra Munoz and Joel A. Guerra by Deed of Gift recorded in Volume 852, Page 107, Official Records of Starr County, Texas ("First Tract"), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-2006 2007 2042", said point being at an exterior corner of a called 23.0456 acre tract and an interior corner of a called 209.79 acre tract conveyed to Bill Thomason and Rosa Thomason by Warranty Deed with Vendor's Lien recorded in Instrument No. 2018-343840, Official Records of Starr County, Texas ("Tract II"), said point having the coordinates of N=16679412.853, E=788581.786;

**Thence:** S 80-45-00 W (S 80-00-00 W, Record), with a south line of the 23.0456 acre tract and a north line of the 209.79 acre tract, for a distance of 405.72' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2042-1" for the **Place of Beginning** and southeast corner of Tract RGV-RGC-2042, said point being in the south line of the 23.0456 acre tract and the north line of the 209.79 acre tract, said point having the coordinates of N=16679347.637, E=788181.340, said point bears S 23-00-26 W, a distance of 1331.61' from United States Army Corps of Engineers Control Point No. 138;

**Thence:** S 80-45-00 W (S 80-00-00 W, Record), with a south line of the 23.0456 acre tract and a north line of the 209.79 acre tract, for a distance of 153.28' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2006-1=2042-2" for the southwest corner of Tract RGV-RGC 2042, said point being at the southwest corner of the 23.0456 acre tract and the southeast corner of a called 52.54 acre tract conveyed to Manuel S. Guerra, Maria Dolores Guerra Saenz, Elva Sylvia Guerra Salinas, Ruben Roberto Guerra, Rosa Maria Guerra Guerra, Debra Ann Garcia Perez, Elizabeth Diane Garcia,

Anna Guerra Munoz and Joel A. Guerra by Deed of Gift recorded in Volume 852, Page 110, Official Records of Starr County, Texas and in a north line of the 209.79 acre tract;

**Thence:** N 09-23-44 E (N 09-15-00 E, Record), departing a north line of the 209.79 acre tract, with the west line of the 23.0456 acre tract and an east line of the 52.54 acre tract, for a distance of 191.39' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-2006-5=2042-3" for the north corner of Tract RGV-RGC 2042, said point being in the west line of the 23.0456 acre tract and an east line of the 52.54 acre tract;

**Thence:** S 36-10-21 E, departing an east line of the 52.54 acre tract, over and across the 23.0456 acre tract, for a distance of 203.39' to the **Place of Beginning.**

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED

## Tract #1: RGV-RGC-2005



## SCHEDULE D (Cont.)

**TRACT No. RGV-RGC-2005**
**GRANTORS:**

SYLVIA G. SALINAS,
MARIA DOLORES G. SAENZ,
ROSA MARIA G. GUERRA,
MANUEL S. GUERRA,
RUBEN ROBERTO GUERRA,
DEBORAH ANN G. PEREZ LUGO,
ELIZABETH DIANA GARCIA,
ANA G. MUNOZ
& JOEL A. GUERRA, III

**(2)**

JISSELL IMELDA VELA DE WILLIAMS
& JESSICA MAGDALENA VELA DE GARCIA
PORTION OF
CALLED 158.68 ACRES
DEED OF GIFT
VOL. 793, PG. 596 ORSC
("FIRST TRACT")

OLIVIA GARCIA DE RAMOS
& ELIZA GARCIA DE VELA
DEED OF GIFT
VOL. 329, PG. 21 ORSC
(TRACT "N")

VILMA OLIVA DEL SOCORRO AGUILAR IZQUIETA,
CLAUDIA ROSANA AGUILAR DE BARTOLOMEO
& ERIKA LIZ AGUILAR DE GONZALEZ
DEED OF GIFT
VOL. 792, PG. 331 ORSC
("SECOND TRACT")

MAGDELENA MOLINA VDE. DE GARCIA
CALLED 74.80 ACRES
SURFACE RIGHTS PARTITION DEED
VOL. 137, PG. 124 ORSC
(TRACT "N")

LUIS ALBERTO SIERRA RAMOS,
ALMA MARICELA SIERRA DE VASQUEZ,
JORGE ANTONIO SIERRA RAMOS,
ERIK FERNANDO SIERRA RAMOS
& ELDA LUZETTE SIERRA RAMOS
DEED OF GIFT
VOL. 792, PG. 329 ORSC
("SECOND TRACT")

**(1)**

ILEANA E. CANALES
(UNDIVIDED INTEREST)
CALLED 58.32 ACRES
DEED OF GIFT
VOL. 1090, PG. 328 ORSC

ESTER MOLINA VDE. PEÑA
SURFACE RIGHTS PARTITION DEED
VOL. 137, PG. 124 ORSC
(TRACT "M")

ANGELICA PEÑA FIERRAS, EMMA PEÑA DE
SALINAS, OSCAR ARANDO PEÑA, AARON PEÑA
& ALBAR ANTONIO PEÑA
AFFIDAVIT
VOL. 413, PG. 832 ORSC

BIANCA P. CALVERT
ORDER ADMITTING WILL TO PROBATE &
AUTHORIZING ISSUANCE OF LETTERS
TESTAMENTARY
VOL. 1327, PG. 610 ORSC
(CAUSE No. 2010-PO-2596)

**(3)**

OLGA O. MOLINA ESCOBAR,
ORFELINDA MOLINA MENCHACA,
IRENE MOLINA JR.
& ROLANDO MOLINA
CALLED 10.28 ACRES
PARTITION DEED
INST. No. 2019-348294 ORSC
(PARCEL "O"-1)

**(4)**

ALMA NORA IBARRA,
AARON SANDOVAL JR.,
ABEL ADALBERTO SANDOVAL,
JUAN LOUIS SANDOVAL,
JAIME JOEL SANDOVAL,
RODOLFO SANDOVAL
& RICARDO SANDOVAL
CALLED 10.28 ACRES
PARTITION DEED
INST. No. 2019-348295 ORSC
(PARCEL "O"-2)

**(5)**

MARIA MAGDALENA ESCOBAR,
TOMAS MOLINA,
JUAN ABEL MOLINA,
DAVID MOLINA,
MARTHA IRENE YOUNG
& MARTIN MOLINA
CALLED 10.28 ACRES
PARTITION DEED
INST. No. 2019-348296 ORSC
(PARCEL "O"-3)

**(6)**

YOLANDA M. BELMONTES
CALLED 10.28 ACRES
PARTITION DEED
INST. No. 2019-348297 ORSC
(PARCEL "O"-4)

**(7)**

ELIZA NELLY MOLINA
RODOLFO R. MOLINA JR.
& JOSE TRINIDAD
CALLED 10.28 ACRES
PARTITION DEED
INST. No. 2019-348298 ORSC
(PARCEL "O"-5)

**(8)**

MARILU MOLINA,
DINA SCOTT,
ILIANA MOLINA
& MYRNA ELENA RODRIGUEZ
CALLED 10.28 ACRES
PARTITION DEED
INST. No. 2019-348299 ORSC
(PARCEL "O"-6)

**(9)**

OLGA O. MOLINA ESCOBAR,
ORFELINDA MOLINA MENCHACA,
IRENE MOLINA JR.
& ROLANDO MOLINA
CALLED 8.02 ACRES
PARTITION DEED
INST. No. 2019-348294 ORSC
(PARCEL "O"-1A)

**(10)**

ALMA NORA IBARRA,
AARON SANDOVAL JR.,
ABEL ADALBERTO SANDOVAL,
JUAN LOUIS SANDOVAL,
JAIME JOEL SANDOVAL,
RODOLFO SANDOVAL
& RICARDO SANDOVAL
CALLED 8.02 ACRES
PARTITION DEED
INST. No. 2019-348295 ORSC
(PARCEL "O"-2A)

**(11)**

MARIA MAGDALENA ESCOBAR,
TOMAS MOLINA,
JUAN ABEL MOLINA,
DAVID MOLINA,
MARTHA IRENE YOUNG
& MARTIN MOLINA
CALLED 8.02 ACRES
PARTITION DEED
INST. No. 2019-348296 ORSC
(PARCEL "O"-3A)

**(12)**

YOLANDA M. BELMONTES
CALLED 8.02 ACRES
PARTITION DEED
INST. No. 2019-348297 ORSC
(PARCEL "O"-4A)

**(13)**

ELIZA NELLY MOLINA,
RODOLFO R. MOLINA JR.
& JOSE TRINIDAD
CALLED 8.02 ACRES
PARTITION DEED
INST. No. 2019-348298 ORSC
(PARCEL "O"-5A)

**(14)**

MARILU MOLINA,
DINA SCOTT,
ILIANA MOLINA
& MYRNA ELENA RODRIGUEZ
CALLED 8.02 ACRES
PARTITION DEED
INST. No. 2019-348299 ORSC
(PARCEL "O"-6A)

**(15)**

MANUEL S. GUERRA (½),
MARIA DOLORES GUERRA SAENZ (½),
ELVA SYLVIA GUERRA SALINAS (½),
RUBEN ROBERTO GUERRA (½),
ROSA MARIA GUERRA GUERRA (½),
DEBRA ANN GARCIA PEREZ (½),
ELIZABETH DIANA GARCIA (½),
ANNA GUERRA MUNOZ (½)
& JOEL A. GUERRA (½)
CALLED 52.54 ACRES
DEED OF GIFT
VOL. 852, PG. 110 ORSC

**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10018600
7296 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| METES & BOUNDS SURVEY | | BY | DATE |
|---|---|---|---|
| | Mark | Desc'r'p'tion | Date | Appt | | |

**METES & BOUNDS SURVEY**
**SYLVIA G. SALINAS, ET AL**
**TRACT No. RGV-RGC-2005**
**STARR COUNTY                    TEXAS**

| | BY | DATE |
|---|---|---|
| Drawn | TPA | 10/19 |
| Checked | LMK | 10/19 |
| Surveyor | JDB | 10/19 |
| Fld.Bk. # | XXX | |

TWO (2) MDS SURVEYING (IN-HOUSE)
RAF ENGINEERING, INC. (0008)

CONTRACT No.: WB1270-14-O-0013
T.O.: WB1270-18-P-0139



B&F ENGINEERING, INC.
908 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com

Drawing Ref. No.
SHEET 4 of 7

MDS PROJ. No.18-206-00        FILE NAME: RGV-RGC-2005        DATE: 10/11/0519

# SCHEDULE D (Cont.)

### COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16680495.769 | 787094.122 | RGV–RGC–2048–1–1=2005–1 |
| 2 | 16680449.965 | 787375.369 | RGV–RGC–2048–1–4=2005–2 |
| 3 | 16680090.063 | 787638.512 | RGV–RGC–2005–3=2006–4 |
| 4 | 16680163.004 | 787337.424 | RGV–RGC–2005–4=2006–3 |
| 5 | 16680540.481 | 786819.582 | POC RGV–RGC–2005 2005–1 2046–1 2047–1 2048–1 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/10/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886–1143.

**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019608
7295 SIDNEY BAKER – KERRVILLE, TX 78028 – 830-896-1898

| | |
|---|---|
| Drawing Ref. No. SHEET 5 OF 7 | |

**METES & BOUNDS SURVEY**
**SYLVIA G. SALINAS, ET AL**
**TRACT No. RGV-RGC-2005**
**STARR COUNTY                                          TEXAS**

| Mark | Description | Date | Appr |
|---|---|---|---|

CONTRACT No. W9127Q-14-D-0013
T.O.: W9127Q-18-F-0139

| | BY | DATE |
|---|---|---|
| Drawn | TPA. | 10/19 |
| Checked | LMK | 10/19 |
| Surveyor | JGB | 10/19 |
| Proj.Mgr. # | XXX | XXX |

Texas Licensed Surveying Firm
B&F ENGINEERING, INC.
No. 10103943

**B&F ENGINEERING, INC.**
808 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-4659
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

MDS PROJ. NO.18-200-00        FILE NAME: RGV-RGC-2005        DATE: 10/11/2019

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

### Tract #2: RGV-RGC-2005-1



## SCHEDULE D (Cont.)

## SCHEDULE D (Cont.)

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16680811.001 | 786863.639 | RGV-RGC-2005-1-1 |
| 2 | 16681184.465 | 786590.579 | RGV-RGC-2005-1-2=2048-1 |
| 3 | 16681131.494 | 786915.835 | RGV-RGC-2005-1-3 |
| 4 | 16680540.481 | 786819.582 | POC RGV-RGC-2005 2005-1 2046-1 2047-1 2048-1 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).

2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.

3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.

4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.

5. FIELD SURVEY COMPLETED 2/10/2019.

6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.

7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7295 SIDNEY BAKER – KERRVILLE, TX 78028 – 830-895-1816

| | | | | | |
|---|---|---|---|---|---|
| **METES & BOUNDS SURVEY** SYLVIA G. SALINAS, ET AL **TRACT No. RGV-RGC-2005-1** STARR COUNTY                    TEXAS | | | | | |

| Rev | Description | Date | Appr |
|---|---|---|---|
| | | | |

CONTRACT NO. W9127Z-14-D-0013
T.O. W9127Z-19-F-0139

| | BY | DATE |
|---|---|---|
| Drawn | TPA | 10/19 |
| Checked | LMK | 10/19 |
| Surveyor | JDB | 10/19 |
| Proj.Bk. # | XXX | |

TEXAS SURVEY 10019600 FIRM
B&F ENGINEERING, INC.
NO. 10019600



**B&F ENGINEERING, INC.**
828 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6659
(EMAIL) info@bnfeng.com

MDS PROJ. NO. 19-200400          FILE NAME: RGV-RGC-2005-1          DATE 10/11/2019

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

### Tract #3: RGV-RGC-2006



## SCHEDULE D (Cont.)



# SCHEDULE D (Cont.)

TRACT No. RGV-RGC-2006
GRANTORS:

SYLVIA G. SALINAS,
MARIA DOLORES G. SAENZ,
ROSA MARIA G. GUERRA,
MANUEL S. GUERRA,
RUBEN ROBERTO GUERRA,
DEBORAH ANN G. PEREZ LUGO,
ELIZABETH DIANA GARCIA,
ANNA G. MUNOZ
& JOEL A. GUERRA, III

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 80°45'00" W | 71.03' | S 80°00'00" W | N/A |
| L2 | S 09°23'44" W | 191.39' | S 09°15'00" W | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16679322.998 | 788030.055 | RGV-RGC-2006-1=2042-2 |
| 2 | 16679311.580 | 787959.946 | RGV-RGC-2006-2=2007-8 |
| 3 | 16680163.004 | 787337.424 | RGV-RGC-2005-4-2006-3 |
| 4 | 16680090.063 | 787638.512 | RGV-RGC-2005-5=2006-4 |
| 5 | 16679511.818 | 788061.298 | RGV-RGC-2006-5=2043-3 |
| 6 | 16679412.853 | 788581.786 | POC RGV-RGC-2006 2007 2042 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED: 2/10/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.

(1)
ALMA NORA IBARRA,
AARON SANDOVAL JR.,
ABEL ADALBERTO SANDOVAL,
JUAN LOUIS SANDOVAL,
JAIME JOEL SANDOVAL,
RODOLFO SANDOVAL
& RICARDO SANDOVAL
CALLED 8.02 ACRES
PARTITION DEED
INST. No. 2019-348295 ORSC
(PARCEL "0"-2A)

(2)
MARIA MAGDALENA ESCOBAR,
TOMAS MOLINA,
JUAN ABEL MOLINA,
DAVID MOLINA,
MARTHA IRENE YOUNG
& MARTIN MOLINA
8.02 ACRES
PARTITION DEED
INST. No. 2019-348296 ORSC
(PARCEL "0"-3A)

(3)
YOLANDA M. BELMONTES
CALLED 8.02 ACRES
PARTITION DEED
INST. No. 2019-348297 ORSC
(PARCEL "0"-4A)

(4)
ELIZA NELLY MOLINA,
RODOLFO R. MOLINA JR.
& JOSE TRINIDAD
CALLED 8.02 ACRES
PARTITION DEED
INST. No. 2019-348298 ORSC
(PARCEL "0"-5A)

(5)
MARILU MOLINA,
DINA SCOTT,
ILIANA MOLINA
& MYRNA ELENA RODRIGUEZ
CALLED 8.02 ACRES
PARTITION DEED
INST. No. 2019-348299 ORSC
(PARCEL "0"-6A)

1 EASEMENT AND RIGHT OF WAY
(BLANKET)
AEP TEXAS CENTRAL COMPANY
VOL. 1233, PG. 623 ORSC
VOL. 1233, PG. 621 ORSC
VOL. 1233, PG. 619 ORSC
VOL. 1233, PG. 617 ORSC
VOL. 1233, PG. 615 ORSC
VOL. 1233, PG. 613 ORSC
VOL. 1233, PG. 611 ORSC
VOL. 1233, PG. 609 ORSC
VOL. 1233, PG. 607 ORSC

**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7295 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1616

**METES & BOUNDS SURVEY**
**SYLVIA G. SALINAS, ET AL**
**TRACT No. RGV-RGC-2006**
**STARR COUNTY                    TEXAS**

Drawn SHEET 6 OF 7
Ref. No.

| | Description | Date | Appr |
|---|---|---|---|
| | Minor Improvements | 5/17/19 | |
| 2 | Grantor Change | 11/4/19 | |

| | BY | DATE |
|---|---|---|
| Drawn | TPA | 11/19 |
| Checked | LMK | 11/19 |
| Surveyor | JGB | 11/19 |
| Fld.Bk. # | XXX | |

CONTRACT NO.: W9127Z-14-D-0013
T.O.: W9127Z-19-F-0139

Field Work Performed By:
B&F ENGINEERING, INC.
No. 10103541



ENGINEERING, INC.
608 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2368
(FAX) 501-767-6858
(EMAIL) info@bnfeng.com

MDS PROJ. NO. 19-200-00         FILE NAME: RGV-RGC-2006         DATE: 11/05/2019

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)

## Tract #4: RGV-RGC-2042



## SCHEDULE D (Cont.)

TRACT No. RGV-RGC-2042
GRANTORS:

SYLVIA G. SALINAS,
MARIA DOLORES G. SAENZ,
ROSA MARIA G. GUERRA,
MANUEL S. GUERRA,
RUBEN ROBERTO GUERRA,
DEBORAH ANN G. PEREZ LUGO,
ELIZABETH DIANA GARCIA,
ANNA G. MUNOZ
& JOEL A. GUERRA, III

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 80°45'00" W | 153.28' | S 80°00'00" W | N/A |
| L2 | N 09°23'44" E | 191.39' | N 09°15'00" E | N/A |
| L3 | S 36°10'21" E | 203.39' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16679,347.637 | 788181.340 | RGV-RGC-2042-1 |
| 2 | 16679,322.998 | 788030.055 | RGV-RGC-2006-1=2042-2 |
| 3 | 16679511.818 | 788061.298 | RGV-RGC-2006-5=2042-3 |
| 4 | 16679412.853 | 788581.786 | POC RGV-RGC-2006 2042 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00040000 (E.G. GRID X 1.00040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/10/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7295 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1616

| METES & BOUNDS SURVEY |
|---|
| SYLVIA G. SALINAS, ET AL |
| TRACT No. RGV-RGC-2042 |
| STARR COUNTY     TEXAS |

| Mark | Description | Date | Appr |
|------|-------------|------|------|
| 1 | Show improvements outline | 11/19 | |
| 2 | Grantor change | | |

| | BY | DATE |
|---|---|---|
| Drawn | TPA | 10/19 |
| Checked | LMR | 10/19 |
| Surveyor | JGB | 11/19 |
| Fld.Bk. # | | |

CONTRACT NO.: W9127Z-14-D-0013
T.O.: W9127Z-18-F-0139



ENGINEERING, INC.
928 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6959
(EMAIL) info@bnfeng.com



MDS PROJ. NO. 18-200-00       FILE NAME: RGV-RGC-2042       DATE: 11/01/2019

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tracts: RGV-RGC-2005, RGV-RGC-2005-1, RGV-RGC-2006, RGV-RGC-2042
Owner: Sylvia G. Salinas, *et al.*
Total Acreage: 7.731

# SCHEDULE E

## SCHEDULE E

### ESTATE TAKEN

Starr County, Texas

Tracts:  RGV-RGC-2005, RGV-RGC-2005-1, RGV-RGC-2006, RGV-RGC-2042
Owner:  Sylvia G. Salinas, *et al.*
Total Acreage: 7.731

### Tract #1: RGV-RGC-2005
Acres: 1.970
The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance Deed recorded on November 28, 2011, in the Starr County Clerk, book 1239, page 222, document number 2011-301554, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

### Tract #2: RGV-RGC-2005-1
Acres: 1.228
The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in conveyance Deed recorded on November 28, 2011, in the Starr County Clerk, book 1239, page 222, document number 2011-301554, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E (Cont.)**

**Tract #3: RGV-RGC-2006**
Acres: 4.214
The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;
Reserving to the owners of the lands identified in conveyance Deed recorded on January 5, 2000, in the Starr County Clerk, book 852, page 110, document number 2000-206733, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;
Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**Tract #4: RGV-RGC-2042**
Acres: 0.319
The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;
Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is SEVENTY-SEVEN THOUSAND DOLLARS AND NO/100 ($77,000.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **Sylvia G. Salinas**<br>a/k/a Ms. Elva Sylvia Guerra Salinas<br>████████<br>San Antonio, Texas 78217 | **RGV-RGC-2005, RGV-RGC-2005-1**<br>Distribution Deed,<br>Document #2011-301554;<br>Recorded November 28, 2011;<br>Deed Records of Starr County<br>**RGV-RGC-2006**<br>Deed of Gift;<br>Document #2000-206733;<br>Recorded January 5, 2000;<br>Deed Records of Starr County<br>**RGV-RGC-2042**<br>Deed of Gift;<br>Document #2000-206732;<br>Recorded January 5, 2000;<br>Deed Records of Starr County |
| **Manuel S. Guerra**<br>████████<br>Round Rock, TX 78681 | **RGV-RGC-2005, RGV-RGC-2005-1**<br>Distribution Deed,<br>Document #2011-301554;<br>Recorded November 28, 2011;<br>Deed Records of Starr County<br>**RGV-RGC-2006**<br>Deed of Gift;<br>Document #2000-206733;<br>Recorded January 5, 2000;<br>Deed Records of Starr County<br>**RGV-RGC-2042**<br>Deed of Gift;<br>Document #2000-206732;<br>Recorded January 5, 2000;<br>Deed Records of Starr County |
| **Rosa Maria G. Guerra**<br>████████<br>McAllen, Texas 78501 | **RGV-RGC-2005, RGV-RGC-2005-1**<br>Distribution Deed,<br>Document #2011-301554; |

| | |
|---|---|
| | Recorded November 28, 2011;<br>Deed Records of Starr County<br>**RGV-RGC-2006**<br>Deed of Gift;<br>Document #2000-206733;<br>Recorded January 5, 2000;<br>Deed Records of Starr County<br>**RGV-RGC-2042**<br>Deed of Gift;<br>Document #2000-206732;<br>Recorded January 5, 2000;<br>Deed Records of Starr County |
| **Ruben Roberto Guerra**<br>███████████<br>Roma, Texas 78584 | **RGV-RGC-2005, RGV-RGC-2005-1**<br>Distribution Deed,<br>Document #2011-301554;<br>Recorded November 28, 2011;<br>Deed Records of Starr County<br>**RGV-RGC-2006**<br>Deed of Gift;<br>Document #2000-206733;<br>Recorded January 5, 2000;<br>Deed Records of Starr County<br>**RGV-RGC-2042**<br>Deed of Gift;<br>Document #2000-206732;<br>Recorded January 5, 2000;<br>Deed Records of Starr County |
| **Maria Dolores G. Saenz**<br>███████████<br>Corpus Christi, Texas 78412 | **RGV-RGC-2005, RGV-RGC-2005-1**<br>Distribution Deed,<br>Document #2011-301554;<br>Recorded November 28, 2011;<br>Deed Records of Starr County<br>**RGV-RGC-2006**<br>Deed of Gift;<br>Document #2000-206733;<br>Recorded January 5, 2000;<br>Deed Records of Starr County<br>**RGV-RGC-2042**<br>Deed of Gift;<br>Document #2000-206732;<br>Recorded January 5, 2000;<br>Deed Records of Starr County |

| | |
|---|---|
| **Elizabeth D. Garcia**<br>███████████████<br>San Antonio, Texas 78230 | **RGV-RGC-2005, RGV-RGC-2005-1**<br>Distribution Deed,<br>Document #2011-301554;<br>Recorded November 28, 2011;<br>Deed Records of Starr County<br>**RGV-RGC-2006**<br>Deed of Gift;<br>Document #2000-206733;<br>Recorded January 5, 2000;<br>Deed Records of Starr County<br>**RGV-RGC-2042**<br>Deed of Gift;<br>Document #2000-206732;<br>Recorded January 5, 2000;<br>Deed Records of Starr County |
| **Joel A. Guerra III**<br>███████████████<br>San Antonio, Texas 78209 | **RGV-RGC-2005, RGV-RGC-2005-1**<br>Distribution Deed,<br>Document #2011-301554;<br>Recorded November 28, 2011;<br>Deed Records of Starr County<br>**RGV-RGC-2006**<br>Deed of Gift;<br>Document #2000-206733;<br>Recorded January 5, 2000;<br>Deed Records of Starr County<br>**RGV-RGC-2042**<br>Deed of Gift;<br>Document #2000-206732;<br>Recorded January 5, 2000;<br>Deed Records of Starr County |
| **Anna G. Munoz**<br>a/k/a Ms. Ana G. Munoz<br>███████████████<br>Ft. Myers Beach, Florida 33916 | **RGV-RGC-2005, RGV-RGC-2005-1**<br>Distribution Deed,<br>Document #2011-301554;<br>Recorded November 28, 2011;<br>Deed Records of Starr County<br>**RGV-RGC-2006**<br>Deed of Gift;<br>Document #2000-206733;<br>Recorded January 5, 2000;<br>Deed Records of Starr County<br>**RGV-RGC-2042**<br>Deed of Gift;<br>Document #2000-206732; |

| | |
|---|---|
| **Deborah Ann G. Perez Lugo**<br>a/k/a Ms. Debra Ann G. Perez Lugo<br><span style="background:black">███████████</span><br>San Antonio, Texas 78249 | Recorded January 5, 2000;<br>Deed Records of Starr County<br>**RGV-RGC-2005, RGV-RGC-2005-1**<br>Distribution Deed,<br>Document #2011-301554;<br>Recorded November 28, 2011;<br>Deed Records of Starr County<br>**RGV-RGC-2006**<br>Deed of Gift;<br>Document #2000-206733;<br>Recorded January 5, 2000;<br>Deed Records of Starr County<br>**RGV-RGC-2042**<br>Deed of Gift;<br>Document #2000-206732;<br>Recorded January 5, 2000;<br>Deed Records of Starr County |
| **Vern Vanderpool**<br><span style="background:black">███████████</span><br>Alamo, Texas 78516 | **RGV-RGC-2005, 2005-1**<br>**RGV-RGC-2006**<br>**RGV-RGC-2042**<br>Tenant Farmer |
| **Ameida Salinas**<br>**Starr County Tax Assessor-Collector**<br>100 N FM 3167, Room 201<br>Rio Grande City, Texas 78582 | **Tax Authority** |