# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 7:20-CV-250 |
| | § | |
| 7.731 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND SYLVIA G. SALINAS, et al., | § § § § | |
| | § | |
| Defendants. | § | |

## CLERK'S RECEIPT

I, Nathan Ochsner, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on August 6, 2021, I received from the United States of America, Plaintiff herein, a direct deposit into the Registry of the Court in the amount of **FORTY-EIGHT THOUSAND DOLLARS AND NO CENTS** ($48,000.00), being an additional amount of just compensation in the above-entitled condemnation proceeding.

**CLERK, UNITED STATES DISTRICT COURT**

By: *Kathy Nguyen*
**Deputy Clerk**